Ely Grinvald, Esq.
2355 Westwood Blvd., #562
Los Angeles, CA 90064
T: (213) 616-8172
E: grinvaldely@gmail.com

Attorney for Plaintiff,
*Susan Waite*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN WAITE, <br><br> Plaintiff, <br><br> v. <br><br> RESURGENT CAPITAL SERVICES, LP and LVNV FUNDING, LLC, <br><br> Defendants. | Case No.: 2:24-CV-01128-WBS-JDP <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendants Resurgent Capital Services, LP and LVNV Funding, LLC ("Defendants") and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Defendants. Each party is to bear its own costs.

**IT IS ORDERED.**

Dated: September 9, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -